■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY DAVIS, Appellant. [841 NYS2d 474]—Judgment, Supreme Court, Bronx County (John Byrne, J., at plea; Harold Adler, J., at sentence), rendered on or about July 22, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Sweeny, McGuire and Kavanagh, JJ.